

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00261-CR

Daniel **LAQUE** Sr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-03-0060-CRA
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant's second motion for an extension of time to file the appellant's brief is granted. We order appellant's counsel, Justin A. Fischer, to file the appellant's brief no later than December 14, 2018. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.

KEITH E. HOTTLE,
Clerk of Court